IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GINA B.[1], | : | |
| Plaintiff, | | Case No. 3:25-cv-18 |
| v. | : | Judge Walter H. Rice |
| COMMISSIONER, | | Magistrate Judge Elizabeth A. Preston Deavers |
| Social Security Administration, | : | |
| Defendant. | | |

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #12); STATEMENT OF ERRORS OF PLAINTIFF GINA B. (DOC. #12) IS SUSTAINED; THE DECISION OF DEFENDANT COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, THAT PLAINTIFF WAS NOT DISABLED, AND THEREFORE NOT ENTITLED TO BENEFITS, UNDER THE SOCIAL SECURITY ACT IS REVERSED AS UNSUPPORTED BY SUBSTANTIAL EVIDENCE; THE CASE IS REMANDED PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) TO THE COMMISSIONER FOR FURTHER PROCEEDINGS; TERMINATION ENTRY

---

Plaintiff Gina B. seeks review by this Court of the decision by the Administrative Law Judge ("ALJ") of the Defendant Commissioner, Social Security Administration, that there is a significant number of jobs in the national economy that Plaintiff is able to perform past relevant work and, therefore, is not

---

[1] "The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials." GEN. ORDER 22-01.

disabled under Sections 216 and 223 of the Social Security Act, 42 U.S.C. § 301 *et seq.* ("Act"). (Admin. Record, Doc. #16-2, p. 39, citing 42 U.S.C. §§ 416(i), 423(d)). On December 3, 2025, Magistrate Judge Elizabeth A. Preston Deavers filed a Report and Recommendations (Report, Doc. #12), recommending that Plaintiff's Statement of Specific Errors (Doc. #8) be sustained, and that pursuant to Sentence Four of 42 U.S.C. § 405(g), that the Commissioner's decision be reversed as unsupported by substantial evidence, and that the matter be remanded to the Commissioner for further proceedings. (Doc. #12, PAGEID 1414). The Commissioner did not object to the Report, and the time for doing so has expired. (*Id.* at PAGEID 1414-15, citing FED.R.CIV.P. 72(b)(2)).

Based upon reasoning and citations of authority set forth in the Report, a *de novo* review of this Court's file, including the Administrative Record (Doc. #16), and a review of the applicable law, this Court ADOPTS the Report and Recommendations. The Court, in so doing, reverses the Commissioner's finding of non-disability, and remands the matter to the Commissioner for further proceedings. Judgment shall enter in favor of Plaintiff and against the Commissioner.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED

Date: December 22, 2025

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE